Vacated and remanded.

Justice WEBB did not participate in the consideration or decision of this case.

HUYCK CORPORATION, HUYCK FORMEX DIVISION; ATHEY PRODUCTS CORPORATION; NEUSE PLASTIC COMPANY, INC.; CHAPPELL MOTORS, INC., D/B/A BOSTROM FORD; RONNIE R. BAILEY AND WIFE, ELSIE M. BAILEY; MARVIN C. FRAZIER AND WIFE, LARA F. FRAZIER; ROY W. WHEELER AND WIFE, BETTY R. WHEELER; WILLIAM L. BYRD AND WIFE, CAROLYN H. BYRD; DONALD M. WHITT AND WIFE, NANCY GARNER WHITT; DOUGLAS WALSTON AND WIFE, PATRICIA WALSTON; HOWARD L. CASH AND WIFE, MARGIE A. CASH; C. B. CASH AND WIFE, JOYCE CASH; C. D. HORTON AND WIFE, MRS. C. D. HORTON; RICHARD A. COX AND WIFE, MRS. RICHARD A. COX; WILLIAM L. ROBINSON AND WIFE, BEATRICE ROBINSON; JOSEPH L. SAVAGE AND WIFE, RUBY L. SAVAGE; J. WAIDAS NINES AND WIFE, MRS. J. WAIDAS NINES; MORRIS W. EDWARDS; WILLIAM TERRY MARTIN AND WIFE, CAROL P. MARTIN; CHARLIE H. SAMMONS AND WIFE, RUBY M. SAMMONS; GEORGE L. BROWN, JR. AND WIFE, EMMA BROWN; RUSSELL S. FINCH AND WIFE, ANNE C. FINCH; RICHARD E. HAILEY AND WIFE, BECKY HAILEY; JERRY W. LAWS AND WIFE, PAT LAWS; JAMES L. DAVIS AND WIFE, MRS. JAMES L. DAVIS; JAMES L. LARSON AND WIFE, LOTTIE LARSON; R. D. BECK, JR. AND WIFE, MRS. R. D. BECK, JR.; LOUIS A. ROLLINS AND WIFE, ESTHER LEE ROLLINS; DOCK R. RAY AND WIFE, LUCILLE RAY; JODIE L. HOCKADAY; TERRY ROBERT YOUNG AND WIFE, GAYLE YOUNG; JIM HOY AND WIFE, MRS. JIM HOY; WILLIAM E. ALFORD AND WIFE, GLORIA J. ALFORD; BURLEY G. MUNN AND WIFE, CATHERINE MUNN; WILLIAM R. DICKERSON AND WIFE, BECKY DICKERSON; A. W. ADAMS AND WIFE, MRS. A. W. ADAMS; ROBERT SUMERLIN AND WIFE, ANNA SUMERLIN; THOMAS J. PENDERGRASS AND WIFE, SOPHIE E. PENDERGRASS v. TOWN OF WAKE FOREST

No. 320PA87

(Filed 3 February 1988)

ON discretionary review of a unanimous decision of the Court of Appeals, 86 N.C. App. 13, 356 S.E. 2d 599 (1987), affirming the judgment entered by *Farmer, J.*, at the 7 July 1986 Mixed Session of Superior Court, WAKE County.

Petitioners sought a review by the trial court of the action of the Board of Commissioners of the Town of Wake Forest in adopting on 1 February 1984 Ordinance No. 84-2 entitled: "An Or-

dinance to Extend the Corporate Limits of the Town of Wake Forest, Under the Authority Granted by Part 2, Article 4A, Chapter 160A of the General Statutes of North Carolina." The superior court entered judgment holding the ordinance valid and affirming the action of the Board of Commissioners in adopting it, from which judgment the petitioners appealed to the Court of Appeals. The Court of Appeals unanimously affirmed the trial court. The petitioners' petition for discretionary review was allowed by this Court on 3 September 1987. Heard in the Supreme Court 7 December 1987.

*I. Beverly Lake and Jane P. Harris for petitioner-appellants.*

*Ellis Nassif and Manning, Fulton & Skinner, by Howard E. Manning and Charles E. Nichols, Jr., for respondent-appellee.*

PER CURIAM.

Affirmed.

——————

RICHARD M. BOOHER AND NANCY ANN BROWN v. WILLIAM C. FRUE, RONALD K. PAYNE AND MICHAEL Y. SAUNDERS

No. 465A87

(Filed 3 February 1988)

APPEAL as of right by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 86 N.C. App. 390 (1987), reversing a judgment entered by *Owens, Judge,* on 27 March 1986 in Superior Court, BUNCOMBE County. Heard in the Supreme Court 9 December 1987.

*Kennedy Covington Lobdell & Hickman, by James E. Walker and Alice Carmichael Richey, for plaintiff appellees.*

*Ronald W. Howell, for defendant appellants.*

PER CURIAM.

Affirmed.